NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BALLY GAMING, INC.

---

2011-1132
(Reexamination No. 90/006,601)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

Before NEWMAN, PROST, and WALLACH, *Circuit Judges.*

WALLACH, *Circuit Judge.*

## ORDER

Bally Gaming, Inc. moves without opposition to lift the stay of proceedings and remand this case to the United States Patent and Trademark Office, Board of Patent Appeals and Interferences (Board).

Bally Gaming, Inc. states that remand is required for it to file a renewed petition for the Board to consider.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion is granted.  The case is remanded.

(2)  Each side shall bear its own costs.

FOR THE COURT

DEC 2 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Glenn E. Von Tersch, Esq.
     Raymond T. Chen, Esq.

s26

Issued As A Mandate: DEC 2 6 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 6 2012

JAN HORBALY
CLERK